IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:19-CR-74 (MTT) |
| | ) |
| KAI DEVONTE STEWART, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case. Doc. 48. The defendant was indicted on November 13, 2019 and had his arraignment in this Court on August 5, 2020. Docs. 1; 18. Six prior continuances have been granted. Docs. 24; 28; 33; 38; 43; 46. The parties have requested to continue this case since the defendant has entered into a pretrial diversion agreement. Doc. 48 at 1-2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 48) is **GRANTED**. The case is continued from the August term until after the completion or dissolution of the defendant's pretrial diversion. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT